# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-2563

_____

Loren Reyna

*Plaintiff - Appellant*

v.

Darin Young, Warden, South Dakota State Penitentiary; Bob Dooley, Director of Prison Operations; Denny Kaemingk, Cabinet Secretary, Secretary of Corrections; Department of Human Services Correctional Mental Health Care; Department of Health Correctional Healthcare; Lewis & Clark Behavioral Health Services

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Sioux Falls

_____

Submitted: March 20, 2015
Filed: March 25, 2015
[Unpublished]

_____

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Inmate Loren Reyna appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. We conclude that the district court did not abuse its discretion in denying Reyna's motion for default judgment, see Comiskey v. JFTJ Corp., 989 F.2d 1007, 1009 (8th Cir. 1993); and that there is no basis for overturning the district court's well-reasoned determination that summary judgment was warranted, see Schoelch v. Mitchell, 625 F.3d 1041, 1045-46 (8th Cir. 2010) (de novo review). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Roberto A. Lange, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable John E. Simko, United States Magistrate Judge for the District of South Dakota, now retired.